FLEENOR, APPELLEE, *v.* KARR, APPELLANT.

[Cite as *Fleenor v. Karr,* 132 Ohio St.3d 18, 2012-Ohio-1578.]

*Certified question answered in the negative and court of appeals' judgment reversed and cause remanded for application of* Havel v. Villa St. Joseph.

(No. 2012-0020—Submitted April 4, 2012—Decided April 11, 2012.)

CERTIFIED by the Court of Appeals for Pike County, No. 10CA814,

196 Ohio App.3d 555, 2011-Ohio-5706.

_____

{¶ 1} The certified question is answered in the negative. The judgment of the court of appeals is reversed, and the cause is remanded for application of *Havel v. Villa St. Joseph*, 131 Ohio St.3d 235, 2012-Ohio-552, 963 N.E.2d 1270.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Rodeheffer & Miller, Ltd., and Stephen C. Rodeheffer, for appellant.

_____